UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Mongiello's Italian Cheese Specialties Inc. dba Formaggio

                          Plaintiffs,

          -against-:                                   7:22-cv-08285-NSR-VR

Westchester Surplus Lines Insurance Company,

                          Defendant.

------------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **January 24, 2024 at 11 AM.** The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, then # to enter the conference.

      **SO ORDERED.**

DATED:    White Plains, New York
               December 11, 2023

                                                        _____
                                                         VICTORIA REZNIK
                                                         United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2023